# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA CHIARA,

    Plaintiff,

  vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 2:16-CV-2006-CMK

ORDER

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On August 8, 2018, the court directed plaintiff to show cause why this action should not be dismissed for failure to notify the court regarding consent to proceed before a Magistrate Judge. A review of the docket reflects that plaintiff has now complied. The order to show cause is, therefore, discharged.

///

///

///

1       IT IS SO ORDERED.

3 DATED: August 21, 2018

                                                                                */s/ Craig M. Kellison*
                                                                                **CRAIG M. KELLISON**
                                                                                UNITED STATES MAGISTRATE JUDGE